# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 04-390-1 |
| v. | : | |
| | : | CIVIL ACTION |
| XANG SACKSITH | : | NO. 08-4620 |

## ORDER

AND NOW, this 3rd day of June 2010, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that Xang Sacksith's Amended Petition for Habeas Corpus Relief (Docket No. 163) is **DENIED.**

BY THE COURT:

/s/ Gene E.K. Prater
GENE E.K. PRATTER
United States District Judge

1