IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL No. 04-0390 |
| | : |
| XANG SACKSITH | : |

## ORDER

**AND NOW**, this _28_ day of September, 2022, upon consideration of Xang Sacksith's *pro se* Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A) (Doc. No. 192), the Government's Response in Opposition (Doc. No. 198), and Mr. Sacksith's reply (Doc. No. 201), it is **ORDERED** that the Motion (Doc. No. 192) is **DENIED** for the reasons set forth in the accompanying memorandum.

BY THE COURT:

_/s/ Gene E.K. Pratter_
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**

1