IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>XANG SACKSITH | CRIMINAL ACTION<br>NO. 04-390-01 |

### O R D E R

**AND NOW**, this 29th day of May, 2024, it is **HEREBY ORDERED** as follows:

1. Upon consideration of Defendant's Motion for an Extension of Time to File a Response (ECF No. 214), the Motion is **GRANTED** *nunc pro tunc*.

2. Upon consideration of Defendant's Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A) (ECF No. 211), the Government's opposition thereto (ECF No. 212), and Defendant's reply (ECF No. 215), the Motion is **DENIED**.

3. Upon consideration of Defendant's Motion for Reconsideration pursuant to Fed. R. Civ. P. 60(b) (ECF No. 210), the Motion is **DENIED**.

BY THE COURT:

*/s/ Wendy Beetlestone*

_____
**WENDY BEETLESTONE, J.**